[No. 33631-6-II. Division Two. October 24, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD CHARLES SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03485-3, John A. McCarthy, J., entered July 29, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 33857-2-II. Division Two. October 24, 2006.]

BRIAN HOFFMAN, *Respondent*, v. STACIA DORMAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-08194-2, Katherine M. Stolz, J., entered September 23, 2005. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Hunt, JJ.

[No. 33867-0-II. Division Two. October 24, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG ALLEN MARTILLA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-02211-8, John P. Wulle, J., entered September 20, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 34262-6-II. Division Two. October 24, 2006.]

ANTONIO MENDOZA ET AL., *Respondents*, v. THE DEPARTMENT OF AGRICULTURE ET AL., *Respondents*, DAVID F. BENDER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-02087-2, Chris Wickham, J., entered December 9, 2005. *Reversed* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.